IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 01-50070-03 |
|---|---|
| versus | JUDGE WALTER |
| SEAN M. STEPHENS | MAGISTRATE JUDGE HORNSBY |

J U D G M E N T

Pursuant to the Rules of Criminal Procedure, under Rule 35 and the Government's motion for a reduction of sentence, the committed sentence imposed on April 5, 2002, is set aside.

Pursuant to the Sentencing Reform Act of 1984, the defendant is committed to the custody of the Bureau of Prisons for one hundred eighty (180) months.

The reduced sentence is because of the defendant's substantial assistance to the Government in a criminal matter.

The hearing date of Wednesday, January 16, 2008 is cancelled.

THUS DONE and SIGNED at Shreveport, Louisiana, this 27th of November, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE